IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

TAMMY COLLIER     PLAINTIFF

v.     CIVIL ACTION NO.: 1:20-CV-00062-GHD-RP

TD BANK USA, N.A.; et al.     DEFENDANTS

### ORDER OF DISMISSAL OF PARTY

The Court, pursuant to the Plaintiff's Notice of Voluntary Dismissal [22], hereby dismisses with prejudice Defendant TD Bank USA, N.A. from the above action, with each party to bear its own costs and attorneys' fees.

SO ORDERED, this, the 18 day of August, 2020.

_____
SENIOR U.S. DISTRICT JUDGE