## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## ABERDEEN DIVISION

TAMMY COLLIER     PLAINTIFF

VS.     CIVIL ACTION NO. 1:20-CV-00062-GHD-RP

TRANSUNION, LLC and EQUIFAX INFOMATION
SERVICES, LLC,     DEFENDANTS

### AGREED JUDGMENT DISMISSING CLAIMS AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES, LLC WITH PREJUDICE AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT

THIS DAY THIS CAUSE came to be heard on the Joint Motion of Plaintiff Tammy Collier ("Plaintiff") and Defendant Equifax Information Services, LLC ("Equifax") to dismiss the Plaintiff's claims against Equifax with prejudice and to retain jurisdiction to enforce the terms of the settlement agreement between Plaintiff and Equifax. *See* Docket Entry 28. The Court has been advised by the parties that the claims between Plaintiff and Equifax have been fully compromised and settled, that there remain no issues between Plaintiff and Equifax to be litigated by or between the parties nor adjudicated and determined by the Court, and that Plaintiff and Equifax have consented to the entry of this Judgment and have agreed that the Plaintiff's claims against Equifax should be dismissed with prejudice with the parties to bear their respective costs. Being fully advised in the premises, the Court finds that said motion is well taken and should be granted.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED THAT the Plaintiff's claims against Equifax be, and the same hereby are, dismissed with prejudice with the parties to bear their respective costs.

IT IS FURTHER ORDERED AND ADJUDGED that the Court shall retain jurisdiction over the claims between Plaintiff and Equifax to enforce the terms of the settlement agreement entered by Plaintiff and Equifax if necessary.

SO ORDERED AND ADJUDGED, THIS the 29th day of September, 2020.

/s/ Glen H. Davidson
SENIOR U.S. DISTRICT JUDGE

Agreed and Approved:

/s/ Thomas J. Bellinder
Thomas J. Bellinder, Of Counsel (MSB # 103115)
LAW OFFICES OF ROBERT S. GITMEID & ASSOC., PLLC
11 Broadway, Suite 960
New York, NY 10004
Toll Free: (866) 249-1137
Tel: (212) 226-5081
Fax: (212) 208-2591
ATTORNEY FOR PLAINTIFF TAMMY COLLIER


/s/ Price W. Donahoo
Price W. Donahoo, Esq. (MSB# 103223)
DONAHOO LAW FIRM, PLLC
Post Office Box 1549
Madison, Mississippi 39130
Phone: 601-213-0883
Fax: 601-368-8672
price@donahoolawfirm.com
ATTORNEY FOR DEFENDANT EQUIFAX INFORMATION SERVICES, LLC